**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

        V.                CRIMINAL CASE NO.

                            2004-M-0552-RBC

ROBERT ARNOLD
        Defendant

## **APPOINTMENT OF FEDERAL DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of Tuesday, December 28, 2004, to represent said defendant in this cause until further order of the Court

                                                TONY ANASTAS
                                                CLERK OF COURT

                                    By:    */s/ Noreen A. Russo*
                                            Noreen A. Russo, Deputy Clerk
                                            To the Honorable Robert B. Collings

DATE: December 28, 2004

N:\Federal_Defender\FederalPublicDefender.Watkins.wpd