AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA
V.

ROBERT ARNOLD

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

04 M 0552 RBC

I, ROBERT ARNOLD, charged in a ☒ complaint ☐ petition pending in this District with bank robbery in violation of Title 18, U.S.C., 2113(a),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_____
Robert D. Arnold
Defendant

JAN 3 - 2005
Date

_____
Counsel for Defendant