UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )    **05-10018 RCL**
                            )    CRIMINAL NO.
        V.                  )    VIOLATION:
                            )    18 U.S.C. §2113(a)
ROBERT D. ARNOLD and        )       Bank Robbery
KIMBERLY A. DELSIGNORE      )    18 U.S.C. §3
                            )       Accessory After The Fact

                           INDICTMENT

<u>COUNT ONE</u>:    (18 U.S.C. § 2113(a) - Bank Robbery)

The Grand Jury charges that:

    On or about December 1, 2004, at Saugus, in the District of Massachusetts,

                        ROBERT D. ARNOLD,

defendant herein, by force and violence and by intimidation, did take from the person and presence of another money, in the amount of $3,784.00, more or less, belonging to, and in the care, custody, control, management and possession of East Boston Savings Bank, 320 Central Street, Saugus, Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

    All in violation of Title 18, United States Code, Section 2113(a).

COUNT TWO:      (18 U.S.C. § 3 - Accessory After Bank Robbery)

The Grand Jury charges that:

On or about December 1, 2004, at Saugus, in the District of Massachusetts,

KIMBERLY A. DELSIGNORE,

defendant herein, knowing that an offense against the United states had been committed, to wit, bank robbery by co-defendant Robert D. Arnold, as charged in Court One of this Indictment, did receive, relieve, comfort, and assist Robert D. Arnold in order to hinder and prevent his apprehension, trial, and punishment.

All in violation of Title 18, United States Code, Section 3.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; January 26, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
12:41P

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Saugus    Category No. II    Investigating Agency  FBI

City   Saugus                Related Case Information:

County  Essex                Superseding Ind./ Inf. _____   Case No. _____
                             Same Defendant _____   New Defendant _____
                             Magistrate Judge Case Number   2004-M-0552-RBC
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Robert D. Arnold                 Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   220 Central Street, Stoneham, MA

Birth date (Year only):  1963   SSN (last 4 #): ____   Sex  M  Race: ____   Nationality: ____

Defense Counsel if known:   Timothy Watkins, Esq.       Address:  Federal Defender Office
                                                                  Boston, MA
Bar Number: _____

**U.S. Attorney Information:**

AUSA   Timothy Q. Feeley          Bar Number if applicable  160950

Interpreter:    ☐ Yes  ☒ No        List language and/or dialect:   N/A

Matter to be SEALED:    ☐ Yes   ☒ No

☐ Warrant Requested       ☐ Regular Process       ☒ In Custody

**Location Status:**

Arrest Date:   December 28, 2004

☒ Already in Federal Custody as   December 28, 2004   in   U.S. Marshal's Custody  .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:    ☐ Complaint       ☐ Information       ☒ Indictment

Total # of Counts:    ☐ Petty ____      ☐ Misdemeanor ____      ☒ Felony  1

                    Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  January 26, 2005        Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): **05-10018RCL**

Name of Defendant   Robert D. Arnold

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2113(a) | Bank Robbery | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

05 - 10018 RCL

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __Saugus__   Category No. __II__   Investigating Agency __FBI__

City __Saugus__   Related Case Information:

County __Essex__
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   __2004-M-0553-RBC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Kimberly A. Delsignore__   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __220 Central Street, Stoneham, MA__

Birth date (Year only): __1984__  SSN (last 4 #): ____  Sex __F__  Race: ____  Nationality: ____

Defense Counsel if known: __J.W. Carney, Esq.__   Address: __Carney & Bassil__
                                                                __Boston, MA__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Timothy Q. Feeley__   Bar Number if applicable __160950__

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect:  __N/A__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: __December 28, 2004__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __Collings, M.J.__  on __Janaury 3, 2005__

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __January 26, 2005__   Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Kimberly A. Delsignore_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §3 | Accessory After Fact To Bank Robbery | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**