# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

        v.                    CRIMINAL NO. 2005-100018-RCL

ROBERT D. ARNOLD,
       Defendant.

## *ORDER OF DETENTION PENDING TRIAL*

**COLLINGS, U.S.M.J.**

      In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing ha conclude that the following facts require the detention of the defendant pending trial in tl

### Part I - Findings of Fact

__X__ (1)     The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) a convicted of a (federal offense)(state or local offense that would have been a fe a circumstance giving rise to federal jurisdiction had existed) that is
        __X__ a crime of violence as defined in 18 U.S. C. §3156(a)(4).
        ____ an offense for which the maximum sentence is life imprisonment or death.
        ____ an offense for which a maximum term of imprisonment of ten years or prescribed in the Controlled Substances Act, the Controlled Substance Export Act, or the Maritime Drug Enforcement Act.
        ____ a felony that was committed after the defendant had been convicted of prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comp or local offenses.

__X__ (2)     The offense described in finding (1) was committed while the defendant was o pending trial for a federal, state or local offense.

__X__ (3)     A period of not more than five years has elapsed since the (date of conviction defendant from imprisonment) for the offense described in finding (1).

__X__ (4)     Findings Nos (1), (2) and (3) establish a rebuttable presumption that no cond combination of conditions will reasonable assure the safety of (an)other perso

community. I further find that the defendant has not rebutted this presump

### Alternative Findings (A)

\_\_\_\_  (1)  There is probable cause to believe that the defendant has committed an offer
        \_\_\_\_ for which a maximum term of imprisonment of ten years or more is pr
        the Controlled Substances Act
        \_\_\_\_ under 18 U.S.C. §924(c).

\_\_\_\_  (2)  The defendant has not rebutted the presumption established by finding 1 th
or combination of conditions will reasonably assure the safety of the commu

### Alternative Findings (B)

\_\_\_  (1)  There is a serious risk that the defendant will not appear.
\_\_\_\_  (2)  There is a serious risk that the defendant will endanger the safety of
another person or the community if released.

### Part II - Written Statement of Reasons for Detention

The only condition of release suggested by defendant's counsel was that the defendant be placed in an in-patient drug facility. Based on the fact that the defendant has been in such programs in the past and has not been able to live a drug-free life and the very serious prior record of crimes of violence, I find that placing the defendant in an in-patient drug facility would not be a condition of release which would reasonably assure the safety of other persons and the community.

I find that there are no conditions of release or combination of conditions of release which will reasonably assure the safety of other persons and the community. I find that the facts which form the basis for this conclusion have been proven by clear and convincing evidence.

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appear. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proce

*/s/ Robert B. Collings*
_____
ROBERT B. COLLINGS
United States Magistrate Judge

Dated: February 7, 2005.