# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2005-10018-RCL-01

ROBERT D. ARNOLD,
       Defendant.

## ORDER RETURNING CASE TO DISTRICT JUDGE FOR CHANGE OF PLEA

COLLINGS, U.S.M.J.

The Court has been informed the defendant intends to plead guilty to the charge(s) contained in the Indictment.

ACCORDINGLY, THE CASE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE LINDSAY'S SESSION.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

February 15, 2005.