UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10018-RGL |
| | ) | |
| ROBERT ARNOLD | | |

MOTION TO WITHDRAW AS COUNSEL

The undersigned respectfully moves this Court for leave to withdraw as counsel for defendant in this matter. As grounds for this motion, the undersigned states the following:

1. The District of Massachusetts Federal Defender Office was appointed by Magistrate Judge Lawrence P. Cohen to represent the defendant on December 28, 2004. The case was assigned to the undersigned on the same date.

2. Upon information and belief, attorney Edward Pasquina, Jr., Esq., 75 Middle St., Gloucester, MA 01930, will file a Notice of Appearance this day on behalf of the defendant.

3. Attorney Pasquina is aware of the newly scheduled sentencing hearing date of October 19, 2005 and has indicated that he is prepared to go forward with sentencing should the Court allow him to appear.

WHEREFORE, the undersigned moves to withdraw as counsel of record for the defendant.

/s/ Timothy Watkins
Timothy Watkins
  B.B.O. #567992
Federal Defender Office
408 Atlantic Ave. Third Floor
Boston, MA  02210
Tel: 617-223-8061