UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 17 A 11: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>~~MASSACHUSETTS~~, )<br>    GOVERNMENT )<br>  )<br>VS. )<br>  )<br>ROBERT D. ARNOLD, )<br>    DEFENDANT ) | DOCKET NO. 05-10018-RCL |

## NOTICE OF APPEARANCE OF COUNSEL

**NOW COMES** Edward F. Pasquina, 75 Middle Street, Gloucester, Massachusetts and respectfully requests that his Appearance be entered for the Defendant, Robert D. Arnold on all issues in the above-entitled matter.

Dated: October 14, 2005

Respectfully Submitted,

_[signature]_
EDWARD F. PASQUINA
Attorney for Defendant
75 Middle Street
Gloucester, MA. 01930
978/281-4848
BBO# 390700