UNITED STATES DISTRICT COURT, FILED
FOR THE DISTRICT OF MASSACHUSETTS CLERKS OFFICE

2005 OCT 17  A 11: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA, ) | |
|---|---|
| ~~MASSACHUSETTS~~, ) | |
| GOVERNMENT ) | |
| ) | |
| VS. ) | DOCKET NO. 05-10018-RCL |
| ) | |
| ROBERT D. ARNOLD, ) | |
| DEFENDANT ) | |

**DEFENDANT'S MOTION TO FURTHER
CONTINUE SENTENCING DATE**

**NOW COMES** the Defendant in the above-entitled matter and through his attorney of record, Edward F. Pasquina respectfully requests this Honorable Court to continue the date set for sentencing on October 19, 2005 at 2:30 PM to a date sixty (60) days subsequent thereto.

**FOR REASON THEREOF**: Defense counsel recently retained (August 2005) recognized additional time was required to familiarize himself with the elements that lead to Defendant's arrest and to analyze all the issues particular to sentencing. Facts now dictate that to properly present the Defendant to this court in a manner most advantageous, his full psychological profile should be perused by his Honor. To date time constraints and scheduling have prevented the completion of a physician's examination that would generate a detailed narrative report to assist the court in its sentencing adjudication.

**FURTHER**: The granting of this motion would not be of prejudice to any party involved in the proceedings. Defendant has entered a guilty plea and is currently incarcerated at the House of Correction in Middleton Massachusetts.

Dated: October 14, 2005

Respectfully Submitted,

[signature]

EDWARD F. PASQUINA
Attorney for Defendant
75 Middle Street
Gloucester, MA. 01930
978/281-4848
BBO# 390700

*This Motion is assented to by US. Assistant US Attorney T. Feeley.*