```
`                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )      CRIMINAL NO. 05-10018-RCL
        V.               )
                         )
ROBERT D. ARNOLD         )
```

GOVERNMENT'S MOTION FOR ACCEPTANCE OF RESPONSIBILITY CREDIT

The government respectfully moves that this Court grant the defendant a full three-level reduction for acceptance of responsibility under U.S.S.G. §3E1.1(b). See U.S.S.G. §3E1.1, Application Note 6.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
                              (617) 748-3172
```

February 20, 2006


CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon counsel of record by electronic filing notice.

```
                              /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
```