UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    GOVERNMENT        )<br>                                    )<br>VS.                              )<br>                                    )<br>ROBERT D. ARNOLD,        )<br>    DEFENDANT             ) | DOCKET NO. 05-10018-RCL<br>DEFENDANT     NO 01 |

### NOTICE OF APPEAL

     Now comes the Defendant, Robert Arnold and through his attorney of record, Edward F. Pasquina in accordance with Rule 4 of the Federal Rules of Appellate procedure file a notice of appeal from the judgment of sentence imposed pursuant to the above number indictment on February 28, 2006.

Dated: March 7, 2006

Respectfully Submitted,

_____
EDWARD F. PASQUINA
Attorney for Defendant
75 Middle Street
Gloucester, MA. 01930
978/281-4848
BBO# 390700