March 14, 2006

Clerk of Court
United States District Court
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE
2006 MAR 22 P 1:26
U.S. DISTRICT COURT
DISTRICT OF MASS.

To Whom it May Concern.

Recently I was sentenced by Judge Lindsay to 13 years. As a rule of law, I'm fully intend to exercise my Constitutional right and appeal. However, since there is a lack of communication between myself and counsel, I'm afraid an Appeal has not being file on my behalf. Therefore, could you please send me an appeal form along with an indigant Affidavit, thus will help me to start any appeal process.

Finally, if an Appeal has been filed on my behalf, then please kindly disregard this letter. Further if one has not been file, then your urgent response in the above matter would be grately appreciate.

Respectfully Submitted,

Robert D. Arnold

ROBERT D. ARNOLD