UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10018

United States of America

v.

Robert D. Arnold

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-14, 16, 17, 19-23, 28-46

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/9/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 30, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/30/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CLOSED, VICTIM

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10018-RCL-ALL

Case title: USA v. Arnold et al
Magistrate judge case numbers: 1:04-mj-00552-RBC
1:04-mj-00553-RBC

Date Filed: 01/26/2005

Assigned to: Judge Reginald C. Lindsay

**Defendant**

**Robert D. Arnold** (1)
*TERMINATED: 03/09/2006*



represented by **Edward F. Pasquina**
75 Middle Street
Gloucester, MA 01930
978-281-4848
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Timothy G. Watkins**
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: timothy_watkins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2113(a)BANK ROBBERY BY FORCE OR VIOLENCE<br>(1) | The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 151 months. Upon release, the defendant is placed on supervised release for a term of 3 years with special conditions. The Court further imposes a special assessment of $100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2113A.F: Bank Robbery. | |

---

Assigned to: Judge Reginald C. Lindsay

**Defendant**

**Kimberly A. Delsignore** (2)
*TERMINATED: 12/19/2005*

represented by **J. W. Carney, Jr.**
Carney & Bassil
20 Park Plaza
Suite 1405
Boston, MA 02116
617-338-5566
Fax: 617-338-5587
Email: jcarney@carneybassil.com

*LEAD ATTORNEY*

District of Massachusetts Version 2.5 - Docket Report  Case 1:05-cr-10018-RCL   Document 47-2   Filed 03/30/2006   Page 3 of 14

Page 3 of 14

*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

18:3 Accessory After Bank Robbery
(2)

## Disposition

The Court orders the defendant be placed on probation for a term of 5 years with special conditions. The first 10 months of probation to be served at the Women in Transition Center. The Court further imposes a special assessment of $100

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

18:2113A.F BANK ROBBERY

## Disposition

## Plaintiff

USA

represented by **Timothy Q. Feeley**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-9354
Email: timothy.feeley@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2004 | 1 | COMPLAINT as to Kimberly Delsignore (1). (Russo, Noreen) Affidavit of Forrest G. Schoening Attached. [1:04-mj-00553-RBC] (Entered: 12/17/2004) |
| 12/16/2004 | 1 | COMPLAINT as to Robert Arnold (1) and affidavit of Forrest G. Schoening. (Russo, Noreen) [1:04-mj-00552-RBC] (Entered: 12/20/2004) |
| 12/28/2004 | 2 | CJA 23 Financial Affidavit by Kimberly Delsignore. (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 12/28/2004) |
| 12/28/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Lawrence P. Cohen :Initial Appearance as to Kimberly Delsignore held on 12/28/2004. Def't Delsignore filled out financial affidavit. Court found Def't financially unable to afford attorney. Appointed CJA attorney Carney. Preliminary Exam detention hearing set down before Magistrate Judge Collings on 12/29/2004 @ 3:30 PM (Digital Recording) (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 12/28/2004) |
| 12/28/2004 | 3 | Magistrate Judge Lawrence P. Cohen : ORDER entered CJA 20 as to Kimberly Delsignore : Appointment of Attorney J. W. Carney for Kimberly Delsignore. (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 12/29/2004) |
| 12/28/2004 | 2 | CJA 23 Financial Affidavit by Robert Arnold. (Russo, Noreen) [1:04-mj-00552-RBC] (Entered: 12/29/2004) |
| 12/28/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Lawrence P. Cohen :Initial Appearance as to Robert Arnold held on 12/28/2004. Def't filled out financial affidavit and Federal Defender Tim Watkins was appointed. Prelim. Exam / Detention Hearing set down for 1/3/2005 @ 2:15 PM before Magistrate Judge Collings. (Digital Recording) (Russo, Noreen) [1:04-mj-00552-RBC] (Entered: 12/29/2004) |
| 12/28/2004 | 3 | Magistrate Judge Lawrence P. Cohen : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Robert Arnold. (Russo, Noreen) [1:04-mj-00552-RBC] |

| | | |
|---|---|---|
| | | (Entered: 12/29/2004) |
| 12/29/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Kimberly Delsignore held on 12/29/2004. AUSA McNeil for Gov't, J.Carney for Def't, Pretrial Services. Def't requests continuance to 1/3/2005 @ 2:15 PM. Pretrial, Ms. Oxford to provide recommendation after reviewing other drug treatment records. (Digital Recording) (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 12/29/2004) |
| 12/29/2004 | 8 | NOTICE OF ATTORNEY APPEARANCE: J. W. Carney, Jr appearing for Kimberly Delsignore (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 01/12/2005) |
| 01/03/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Kimberly Delsignore held on 1/3/2005. T. Feeley for Gov't, J. Carney for Ms. Delsignore. Issue of outstanding re state of MA Warrant. Mr. Carney indicates that it has been removed. Hearing Continued to 3:30 to address conditions of release in Order. After break, def't released into custody of her mother B. Delsignore who is to transport Def't to Gosnold House and released on 10,000.00 unsecured bond and conditions of release. (Court Reporter Electronic.) (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 01/03/2005) |
| 01/03/2005 | 4 | WAIVER of Preliminary Examination or Hearing by Kimberly Delsignore. (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 01/06/2005) |
| 01/03/2005 | 5 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER PURSUANT TO RULE 5.1, FED R CRIM P. fe (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 01/06/2005) |
| 01/03/2005 | 6 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER Setting Conditions of Release as to Kimberly Delsignore (1) 10,000.00 (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 01/06/2005) |
| 01/03/2005 | 7 | Appearance Bond Entered as to Kimberly Delsignore in amount of $ 10,000.00. (Russo, Noreen) [1:04-mj-00553-RBC] (Entered: 01/06/2005) |
| 01/03/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Robert |

| | | |
|---|---|---|
| | | Arnold held on 1/3/2005. Tim Watkins for Mr. Arnold, T. Feeley for Gov't. Def't waived probable cause hearing and would only wish to be heard on Detention. Gov't has no evidence as to Detention. Court requests records from Pretrial and recommendation re release. Court to take the issue of detention under advisement. (Court Reporter: Electronic) (Russo, Noreen) [1:04-mj-00552-RBC] (Entered: 01/03/2005) |
| 01/03/2005 | 4 | WAIVER of Preliminary Examination or Hearing by Robert Arnold (Russo, Noreen) [1:04-mj-00552-RBC] (Entered: 01/06/2005) |
| 01/03/2005 | 5 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER PURSUANT TO RULE 5.1, FED. R. CRIM. P. as to Robert Arnold. (Russo, Noreen) [1:04-mj-00552-RBC] (Entered: 01/06/2005) |
| 01/26/2005 | 11 | INDICTMENT as to Robert Arnold (1) count(s) 1, Kimberly Delsignore (2) count(s) 2. (Gawlik, Cathy) (Entered: 01/28/2005) |
| 01/26/2005 | 12 | Judge Reginald C. Lindsay : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Kimberly Delsignore, Robert Arnold (Gawlik, Cathy) (Entered: 01/28/2005) |
| 01/28/2005 | | Electronic NOTICE OF HEARING as to Kimberly A. Delsignore Arraignment set for 2/4/2005 @ 12:30 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 01/28/2005) |
| 01/28/2005 | | Electronic NOTICE OF HEARING as to Robert D. Arnold Arraignment set for 2/3/2005 @ 10:45 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 01/28/2005) |
| 02/03/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment as to Robert D. Arnold (1) Count 1 held on 2/3/2005, Plea entered by Robert D. Arnold Not Guilty on counts 1. T. Feeley for Gov't, T. Watkins for Def't. Pretrial Services. Intial Status Conf. Set down for March 22, 2005 @ 11:15 AM. Court brings up issue of contact between Def't and Co-def't and tells Def't of Order that is going to issue to co defendant and gives him notice that order will issue next week and Def't could be |

| | | |
|---|---|---|
| | | guilty of contempt. Court declines to allow def't to drug treatment program. Retains Def't in custody. Court to issue order. (Tape # Digital Recording.) (Russo, Noreen) (Entered: 02/03/2005) |
| 02/03/2005 | | Electronic NOTICE OF RESCHEDULING as to Kimberly A. Delsignore Arraignment set for 2/9/2005 12:30 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 02/03/2005) |
| 02/07/2005 | 13 | Magistrate Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER as to Robert D. Arnold. Initial Status Conf. set for Tuesday March 22, 2005 @ 11:15 A.M. (Russo, Noreen) (Entered: 02/08/2005) |
| 02/07/2005 | 14 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER OF DETENTION PENDING TRIAL as to Robert D. Arnold. (Russo, Noreen) (Entered: 02/08/2005) |
| 02/07/2005 | 15 | Ex-Parte motion filed under seal as to Kimberly A. Delsignore. (Simeone, Maria) (Entered: 02/09/2005) |
| 02/09/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment as to Kimberly A. Delsignore (2) Count 2 held on 2/9/2005, Plea entered by Kimberly A. Delsignore Not Guilty on count 2. T. Feeley for Gov't, J. Carney for Def't, J. Oxford for Pretrial Services. Initial Status Conf. set for March 22, 2005 @ 11:15 AM. Additional Condition of release added by the court that Ms. Delsignore have no contact with co-defendant Robert Arnold either directly or indirectly except via Attorney. Informs Def't that violation of condition could subject Def'ts to contempt - Orders Def't to contact Pretrial if Mr. Arnold contacts her. (Tape # Digital Recording.) (Russo, Noreen) (Entered: 02/09/2005) |
| 02/09/2005 | 16 | Magistrate Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER as to Kimberly A. Delsignore. Initial Status Conf. set for 3/22/2005 @ 11:15 A.M. (Russo, Noreen) (Entered: 02/09/2005) |
| 02/10/2005 | | NOTICE OF HEARING as to Robert D. Arnold Change of Plea Hearing set for 3/15/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 02/10/2005) |

| | | |
|---|---|---|
| 02/15/2005 | 17 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER RETURNING CASE TO DISTRICT JUDGE FOR CHANGE OF PLEA as to Robert D. Arnold (Russo, Noreen) (Entered: 02/15/2005) |
| 02/15/2005 | 18 | Judge Reginald C. Lindsay : ORDER entered granting [15] Sealed Motion as to Kimberly A. Delsignore (2) (Stanhope, Don) (Entered: 02/15/2005) |
| 02/15/2005 | | Case as to Robert D. Arnold no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/25/2005) |
| 03/15/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Robert D. Arnold held on 3/15/2005. Defendant retracts previous plea of not guilty and enters plea of guilt to count I of the indictment. Court finds factual basis, the plea is accepted and entered by Robert D. Arnold, Guilty Count I. Sentencing scheduled for 6/28/05 at 2:30pm, in Courtroom 11. (Court Reporter D. Joyce.) (Stanhope, Don) (Entered: 03/17/2005) |
| 03/15/2005 | 19 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Robert D. Arnold Sentencing set for 6/28/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Stanhope, Don) (Entered: 03/17/2005) |
| 03/15/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Plea entered by Robert D. Arnold (1) Guilty Count 1. (Court Reporter D. Joyce.) (Stanhope, Don) (Entered: 03/17/2005) |
| 03/22/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Status Conference as to Kimberly A. Delsignore held on 3/22/2005. T. Feeley for Gov't, J. Carney for Ms. Delsignore by telephone. No request for relief from 116.3 timing requirements, no experts from Gov't of Def't, Gov't owes just one lab report, Def't no outstanding discovery. Def't doesn't anticipate any dispositive motions. Def't asks for additional 30 days to learn more about the case. Final status conf. set for April 22, 2005 @ 11:00 AM. Time will be excluded. (Digital Recording.) (Russo, Noreen) (Entered: 03/22/2005) |
| 03/22/2005 | 20 | Judge Robert B. Collings : ORDER entered. ORDER ON |

| | | |
|---|---|---|
| | | EXCLUDABLE DELAY as to Kimberly A. Delsignore Time excluded from 1/26/2005 until 1/26/2005. Time excluded from 2/9/2005 until 2/9/2005. Time excluded from 2/10/2005 until 3/9/2005. Time excluded from 3/22/2005 until 3/22/2005. Time excluded from 3/23/2005 until 4/21/2005. (Russo, Noreen). (Entered: 03/23/2005) |
| 03/22/2005 | 21 | Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A) as to Kimberly A. Delsignore (Russo, Noreen) (Entered: 03/23/2005) |
| 03/22/2005 | 22 | Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Kimberly A. Delsignore (Russo, Noreen) (Entered: 03/23/2005) |
| 03/25/2005 | | Electronic NOTICE OF RESCHEDULING as to Kimberly A. Delsignore Final Status Conference set for 4/22/2005 @ 2:15 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 03/25/2005) |
| 04/19/2005 | 24 | JOINT STATUS REPORT filed by Kimberly A. Delsignore, USA as to Kimberly A. Delsignore (Stanhope, Don) (Entered: 04/27/2005) |
| 04/21/2005 | 23 | Judge Robert B. Collings : ORDER RETURNING CASE TO DISTRICT JUDGE FOR CHANGE OF PLEAORDER entered. as to Kimberly A. Delsignore (Russo, Noreen) (Entered: 04/25/2005) |
| 04/21/2005 | | Case as to Kimberly A. Delsignore no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/25/2005) |
| 05/05/2005 | | NOTICE OF HEARING as to Kimberly A. Delsignore Change of Plea Hearing set for 6/15/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (ANY WRITTEN PLEA AGREEMENT TO BE FILED THREE BUSINESS DAYS BEFORE THE CHANGE OF PLEA DATE)(Hourihan, Lisa) (Entered: 05/05/2005) |
| 05/06/2005 | 25 | ***SEALED DOCUMENT*** Ex Parte MOTION for Investigative Funds as to Kimberly A. Delsignore. (Stanhope, Don) (Entered: 05/09/2005) |
| 05/06/2005 | 26 | ***SEALED DOCUMENT*** AFFIDAVIT of Counsel in |

| | | |
|---|---|---|
| | | Support of 25 Ex Parte MOTION for Investigative Funds filed by Kimberly A. Delsignore (Stanhope, Don) (Entered: 05/09/2005) |
| 05/16/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 25 Sealed Motion (Stanhope, Don) (Entered: 05/17/2005) |
| 06/07/2005 | | Electronic NOTICE OF HEARING as to Kimberly A. Delsignore Bail Review Hearing set for 6/15/2005 @ 2:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen). (Entered: 06/07/2005) |
| 06/07/2005 | 27 | SEALED MOTION as to Kimberly A. Delsignore. (Bell, Marie) (Entered: 06/08/2005) |
| 06/10/2005 | 28 | Assented to MOTION to Continue *Sentencing* as to Robert D. Arnold. (Watkins, Timothy) (Entered: 06/10/2005) |
| 06/13/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 28 Motion to Continue Sentencing as to Robert D. Arnold (1) (Hourihan, Lisa) (Entered: 06/13/2005) |
| 06/13/2005 | | Set/Reset Hearings as to Robert D. Arnold: Sentencing reset for 8/17/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 06/13/2005) |
| 06/13/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting [27] Sealed Motion as to Kimberly A. Delsignore (2) (Hourihan, Lisa) (Entered: 06/13/2005) |
| 06/14/2005 | | Set/Reset Hearings as to Kimberly A. Delsignore: Change of Plea Hearing RESET for 6/16/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 06/14/2005) |
| 06/14/2005 | 29 | Assented to MOTION to Continue *Hearing From June 15, 2005 to July 15, 2005 to Conduct a Rule 11 Hearing* as to Kimberly A. Delsignore. (Carney, J.) (Entered: 06/14/2005) |
| 06/15/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 29 Motion to Continue Rule 11 Hearing as to Kimberly A. Delsignore (2) (Hourihan, Lisa) (Entered: 06/15/2005) |
| 06/15/2005 | | Set/Reset Hearings as to Kimberly A. Delsignore: Change of Plea Hearing set for 8/4/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 06/15/2005) |
| 06/15/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Hearing re Bail Review as to Kimberly A. Delsignore held on 6/15/2005. T. Feeley for Gov't, J. Carney for for Def't. Pretrial Services. Court amends conditions of release, court allows def't to spend the night in Reading, MA, with 3P custodian. 3P custodian will take Def't to Shepard house. Court sets amended conditions of release and Order's Def't released. (Digital Recording.) (Russo, Noreen) (Entered: 06/15/2005) |
| 06/15/2005 | 30 | Judge Robert B. Collings : ORDER entered. ORDER Setting Amended Conditions of Release as to Kimberly A. Delsignore (2). (Russo, Noreen) (Entered: 06/15/2005) |
| 06/16/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Kimberly A. Delsignore Time excluded from 6/15/05 until 8/4/05. (Hourihan, Lisa) (Entered: 06/16/2005) |
| 08/04/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Kimberly A. Delsignore held on 8/4/2005. Defendant retracts previous plea of not guilty and enters plea of guilty to Count 1 of the Indictment. Court finds factual basis, the plea is accepted and entered by Kimberly A. Delsignore (2) Guilty Count 2. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 08/04/2005) |
| 08/04/2005 | 31 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Kimberly A. Delsignore Sentencing set for 12/12/2005 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 08/04/2005) |
| 08/04/2005 | 32 | Memorandum from Pretrial Services as to Kimberly A. Delsignore: Release Status Letter (Hourihan, Lisa) (Entered: 08/04/2005) |
| 08/12/2005 | 33 | Assented to MOTION to Continue *Sentencing Hearing* as to Robert D. Arnold. (Watkins, Timothy) (Entered: 08/12/2005) |
| 08/15/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 33 Motion to Continue Sentencing as to Robert D. Arnold (1) (Hourihan, Lisa) (Entered: 08/15/2005) |
| 08/15/2005 |  | Set/Reset Hearings as to Robert D. Arnold: Sentencing set for |

| | | |
|---|---|---|
| | | 10/19/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 08/15/2005) |
| 08/15/2005 | 34 | MOTION to Withdraw as Attorney by Timothy G. Watkins. as to Robert D. Arnold. (Watkins, Timothy) (Entered: 08/15/2005) |
| 10/17/2005 | 35 | NOTICE OF ATTORNEY APPEARANCE: Edward F. Pasquina appearing for Robert D. Arnold (York, Steve) (Entered: 10/17/2005) |
| 10/17/2005 | 36 | Defendant's Assented to Motion to Further Continue Sentencing date as to Robert D. Arnold. to 12/16/2005 (York, Steve) . (Entered: 10/17/2005) |
| 10/18/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 34 Motion to Withdraw as Attorney. as to Robert D. Arnold (1); granting 36 Motion to Continue Sentencing as to Robert D. Arnold (1) (Hourihan, Lisa) (Entered: 10/18/2005) |
| 10/18/2005 | | Set/Reset Hearings as to Robert D. Arnold: Sentencing set for 12/21/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/18/2005) |
| 12/08/2005 | 37 | MOTION for Rule 11 Hearing *Sentencing Memorandum* as to Kimberly A. Delsignore. (Attachments: # 1 Exhibit)(Carney, J.) Additional attachment(s) added on 12/12/2005 (York, Steve). (Entered: 12/08/2005) |
| 12/12/2005 | | Motions terminated as to Kimberly A. Delsignore: 37 MOTION for Rule 11 Hearing *Sentencing Memorandum* filed by Kimberly A. Delsignore,. (York, Steve) (Entered: 12/12/2005) |
| 12/12/2005 | 38 | SENTENCING MEMORANDUM by Kimberly A. Delsignore (Attachments: # 1 Exhibit)(York, Steve) (Entered: 12/12/2005) |
| 12/12/2005 | | Notice of correction to docket made by Court staff. Correction: Docket Entry Numbered 37 was modified because: this entry was incorrectly filed by Counsel as a Motion. Docket entry numbered 37 has been re-filed as docket entry number 38 as to Kimberly A. Delsignore (York, Steve) (Entered: 12/12/2005) |
| 12/12/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 12/12/2005 for Kimberly A. Delsignore (2), Count(s) 2, The Court orders the defendant be placed on probation for a term of 5 years with |

| | | |
|---|---|---|
| | | special conditions. The first 10 months of probation to be served at the Women in Transition Center. The Court further imposes a special assessment of $100. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 12/13/2005) |
| 12/16/2005 | 39 | MOTION to Continue Sentencing as to Robert D. Arnold. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 12/16/2005) |
| 12/19/2005 | 40 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Kimberly A. Delsignore (2), Count(s) 2, The Court orders the defendant be placed on probation for a term of 5 years with special conditions. The first 10 months of probation to be served at the Women in Transition Center. The Court further imposes a special assessment of $100 (Hourihan, Lisa) Additional attachment(s) added on 12/19/2005 (Hourihan, Lisa). (Entered: 12/19/2005) |
| 12/19/2005 | | Notice of correction to docket made by Court staff. The Statement of Reasons as to Kimberly A. Delsignore added to the Judgment as an attachment. (Hourihan, Lisa) (Entered: 12/19/2005) |
| 12/20/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 39 Motion to Continue as to Robert D. Arnold (1) Sentencing reset for 2/28/2006 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 12/20/2005) |
| 12/20/2005 | 41 | Letter as to Kimberly A. Delsignore by Pretrial Services (York, Steve) (Entered: 12/20/2005) |
| 02/20/2006 | 42 | SENTENCING MEMORANDUM by USA as to Robert D. Arnold (Feeley, Timothy) (Entered: 02/20/2006) |
| 02/20/2006 | 43 | GOVERNMENT'S CERTIFICATION of Timely Acceptance of Responsibility as to Robert D. Arnold (Feeley, Timothy) (Entered: 02/20/2006) |
| 02/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 2/28/2006 for Robert D. Arnold (1), Count(s) 1. The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 151 months. Upon release, the defendant is placed on supervised release for a term of 3 years with special conditions. The Court further imposes a special assessment of $100. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: |

|            |    |                                                                 |
|------------|----|-----------------------------------------------------------------|
|            |    | 03/01/2006) |
| 03/09/2006 | 44 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Robert D. Arnold (1), Count(s) 1, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 151 months. Upon release, the defendant is placed on supervised release for a term of 3 years with special conditions. The Court further imposes a special assessment of $100 (Hourihan, Lisa) (Entered: 03/09/2006) |
| 03/09/2006 | 45 | NOTICE OF APPEAL by Robert D. Arnold NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2006. ( fee not paid )(York, Steve) (Entered: 03/13/2006) |
| 03/22/2006 | 46 | Letter as to Robert D. Arnold (York, Steve) Additional attachment(s) added on 3/23/2006 (York, Steve). (Entered: 03/23/2006) |