MANDATE

CR 05-10018
J. Lindsay

# United States Court of Appeals
## For the First Circuit

No. 06-1550

UNITED STATES,

Appellee,

v.

ROBERT D. ARNOLD,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez, <u>Circuit Judges</u>.

JUDGMENT

Entered:  July 17, 2007

    In this sentencing appeal, defendant argues that the district court misunderstood its authority to grant a diminished capacity departure under USSG § 5K2.13.  The record reveals that the district court considered defendant's argument about his diminished capacity but did not grant a USSG § 5K2.13 departure because of defendant's repeated failure to address his drug and alcohol problems and the need to protect the public.  This decision was proper because USSG § 5K2.13's policy statement prohibits a downward departure where "(1) the significantly reduced mental capacity was caused by the voluntary use of drugs or other intoxicants; (2) the facts and circumstances of the defendant's offense indicate a need to protect the public because the offense involved actual violence or a serious threat of violence; [or] (3) the defendant's criminal history indicates a need to incarcerate the defendant to protect the public."  Thus, the district court did not misunderstand its departure authority under USSG § 5K2.13.

    We note that defendant makes no argument that the sentence was unreasonable under post-<u>Booker</u> advisory guidelines.

    The government's motion for summary disposition is <u>granted</u> for the reasons discussed above.  Affirmed.  <u>See</u> 1st Cir. R. 27.0(c).

                                 By the Court:

                                 Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

                         **MARGARET CARTER**

Richard Cushing Donovan, Clerk

                        By: _____
                                Chief Deputy Clerk.

*[signature]*
Deputy Clerk

Date:   AUG 3 1 2007

[cc: Messrs: Barend, Feeley and Ms. Chaitowitz]