Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Massachusetts |
|---|---|
| Name (under which you were convicted): Robert D. Arnold | Docket or Case No.: 05-10018-RCL |
| Place of Confinement: USP-Hazelton, P.O. Box 2000, Bruceton Mills, W. Va. 26525 | Prisoner No.: 18737-038 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |

v.

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   U.S. District Court for the District of Massachusetts, John J. Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210

   (b) Criminal docket or case number (if you know): 05-10018-RCL

2. (a) Date of the judgment of conviction (if you know): February 28, 2006

   (b) Date of sentencing: February 28, 2006

3. Length of sentence: 151 months of incarceration

4. Nature of crime (all counts):

   Violation of Title 18 U.S.C. § 2113(a) - Bank Robbery - guilty plea

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   Violation of Title 18 U.S.C. § 2113(a) - Bank Robbery - pled guilty.

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐    N/A

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐ Allocution
8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐
9. If you did appeal, answer the following:
   (a) Name of court: U.S. Court of Appeals for the First Circuit
   (b) Docket or case number (if you know): 06-1550
   (c) Result: Affirmed District Court's decision
   (d) Date of result (if you know): July 19, 2007
   (e) Citation to the case (if you know): 06-1550
   (f) Grounds raised: Diminished Capacity.

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
      If "Yes," answer the following:
      (1) Docket or case number (if you know): N/A
      (2) Result: N/A
      (3) Date of result (if you know): N/A
      (4) Citation to the case (if you know): N/A
      (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☒    No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: U.S. Court of Appeals for the First Circuit
        (2) Docket or case number (if you know): 06-1550
        (3) Date of filing (if you know): July 27, 2007

Page 4

(4) Nature of the proceeding: Petition For Panel Rehearing

(5) Grounds raised: Whether in granting the government's motion for summary disposition the First Circuit Court of Appeals either overlooked or misapprehended the importance of the fact that the District Court relied on an incorrect standard for determining whether to deny Mr. Arnold a downward departure for diminished capacity

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

(7) Result: Petition denied

(8) Date of result (if you know): August 27, 2007

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A
(2) Docket or case number (if you know): N/A
(3) Date of filing (if you know): N/A
(4) Nature of the proceeding: N/A
(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☒   No ☐
(2) Second petition:   Yes ☒   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: __Did Appeal__

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: _

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__* See Memorandum of Law *__

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
   (2) If your answer to Question (c)(1) is "Yes," state: __First § 2255 Motion__
   Type of motion or petition: __N/A__
   Name and location of the court where the motion or petition was filed: __N/A__

Page 6

Docket or case number (if you know): _____N/A_____
Date of the court's decision: _____N/A_____
Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐  No ☐  N/A

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐  No ☐  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐  No ☐  N/A

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ___N/A___

Docket or case number (if you know): ___N/A___
Date of the court's decision: ___N/A___
Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___N/A___

GROUND TWO: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    * See Memorandum of Law *

(b) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☐  First § 2255 Motion

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____ N/A _____

   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐  No ☐  N/A

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐  No ☐  N/A

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐  No ☐  N/A

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*See Memorandum Of Law*

(b) Direct Appeal of Ground Three:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☐   First §2255 Motion

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Page 9

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__
Date of the court's decision: __N/A__
Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

GROUND FOUR: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*See Memorandum of Law*

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐ No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐ No ☐  First §2255 Motion

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____ N/A _____

   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐ No ☐  N/A

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐ No ☐  N/A

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐ No ☐  N/A

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___N/A___

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Those grounds dealing with ineffective assistance of counsel, and, those grounds which are unexhausted due to attacking state prior convictions.

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ___N/A___

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: ✶ Same as "C" below ✶
(b) At arraignment and plea: ✶ Same as "C" below ✶
(c) At trial: Timothy Watkins, Federal Defender, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02110
(d) At sentencing: Ed Pasquina, 75 Middle Street, Gloucester, Massachusetts 01930

(e) On appeal: David J. Barend, Esq., 2 Stonewood Circle, North Attleboro, Massachusetts 02760

(f) In any post-conviction proceeding: In Propria Persona

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

   (b) Give the date the other sentence was imposed: N/A

   (c) Give the length of the other sentence: N/A

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☒ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

My Judgment in this case became final on or about November 27, 2007, due to the three months in which I could have filed my Petition for Writ of Certiorari to the U.S. Supreme Court.

Otherwise, my Petition for Panel Rehearing was denied on August 27, 2007.

Therefore, this instant "Motion" is timely by all standards.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: __Vacation of Sentence__

or any other relief to which movant may be entitled.

__in propria persona__
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __1-11-08__ (month, date, year).

Executed (signed) on __1-11-08__ (date).

__Robert Arnold__
Signature of Movant
Robert D. Arnold
#18737-038

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. __N/A__

IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]
* * * * *

United States District Court For The District of Massachusetts.